UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JARIBU IGWE MUTOPE,              :
                                 :
        Petitioner               :
                                 :
   v.                            : CIVIL NO. 3:CV-04-2053
                                 :
LOUIS FOLINO,                    : (Judge Kosik)
                                 :
        Respondent               :

**O R D E R**

     **NOW, THIS 29th DAY OF JANUARY, 2007**, upon consideration of Petitioner's "Motion for Court Documents" (Doc. 31), **IT IS HEREBY ORDERED THAT** said motion is denied without prejudice to Petitioner contacting the Clerk of Court to ascertain the cost for obtaining copies of documents if he still desires them.[1]

                                                                  s/Edwin M. Kosik
                                                      United States District Judge

---

[1] This petition for writ of habeas corpus was dismissed and the case closed on November 22, 2005. (Doc. 24.) Almost six (6) months later, Petitioner filed the instant motion seeking a court order directing that he be provided with copies of documents in this case.